JULIAN BACH, BAR NO. 162421
LAW OFFICE OF JULIAN BACH
7911 Warner Avenue
Huntington Beach, California 92647
Telephone: (714) 848-5085
Facsimile: (714) 848-5086

Attorney for Movant,
3881 RONDA ROAD LLC; EDWARD S SOREN FAMILY TRUST
DATED 11-10-04; ENCORE AMERICAN INVESTMENTS CORPORATION;
EQUITY TRUST COMPANY CUST. FBO HAL HERRITT IRA #T053504; WILLIAM A
TIMMINS and LINDA L TIMMINS; EQUITY TRUST COMPANY, CUSTODIAN
FBO WILLIAM TIMMINS IRA Z092846; JOHN R VAN DYKE and
MARY J VAN DYKE REVOCABLE TRUST; AMERICAN
ESTATE & TRUST, LC FBO KEVIN O'BRIEN'S IRA; TRUST COMPANY OF AMERICA
FBO DALE BARTLEY IRA #32820; SPECIALTY PHARMA CONSULTING, INC.,
DEFINED BENEFIT PENSION PLAN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 16-52798 |
| TORTIA INVESTMENTS, LLC, | Rs. No. JKB-01 |
| Debtor and Debtor-in-Possession. | Chapter 11 |
| 3881 RONDA ROAD LLC; EDWARD S SOREN FAMILY TRUST DATED 11-10-04; ENCORE AMERICAN INVESTMENTS CORPORATION; EQUITY TRUST COMPANY CUST. FBO HAL HERRITT IRA #T053504 et al, | **MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| Movant, | Hearing- |
| v. | Date: November 9, 2016<br>Time: 11:30 a.m.<br>Place: Courtroom 3070 |
| TORTIA INVESTMENTS, LLC, Debtor and Debtor-in-Possession, | U.S. Bankruptcy Court<br>280 S. First Street<br>San Jose, CA 95113 |
| Respondents. | |

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE;

DEBTOR AND ITS COUNSEL OF RECORD; THE OFFICE OF THE U.S. TRUSTEE; THE

TOP 20 UNSECURED CREDITORS; AND TO ALL INTERESTED PARTIES:

1

COMES now Movant 3881 RONDA ROAD LLC; EDWARD S SOREN FAMILY TRUST DATED 11-10-04; ENCORE AMERICAN INVESTMENTS CORPORATION; EQUITY TRUST COMPANY CUST. FBO HAL HERRITT IRA #T053504; WILLIAM A TIMMINS and LINDA L TIMMINS; EQUITY TRUST COMPANY, CUSTODIAN FBO WILLIAM TIMMINS IRA Z092846; JOHN R VAN DYKE and MARY J VAN DYKE REVOCABLE TRUST; AMERICAN ESTATE & TRUST, LC FBO KEVIN O'BRIEN'S IRA; TRUST COMPANY OF AMERICA FBO DALE BARTLEY IRA #32820; SPECIALTY PHARMA CONSULTING, INC., DEFINED BENEFIT PENSION PLAN("Movant"/"Secured Creditor"), by and through its undersigned counsel of record, and hereby moves this Court for an Order for Relief From The Automatic Stay pursuant 11 U.S.C. §362 to exercise its remedies under its Deed of Trust and California law, including, but not limited to foreclosure upon and sale of the real property located at 3881 Ronda Road, Pebble Beach, California 93953 (hereinafter "the Subject Property"), upon the following facts and circumstances, as shown by the accompanying Statement of Indebtedness and Declaration of Rich Shrigley and exhibits filed in support thereof:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §§361 and 362 and Rules 4001, 9013, 9014 of the Federal Rules of Bankruptcy Procedure. This is a core proceeding under 28 U.S.C. §157(b)(2).

2. Movant holds the first trust deed secured against the subject property located at 3881 Ronda Road, Pebble Beach, California 93953, as evidenced by a Promissory Note (the "Note") in the original amount of $2,425,000.00 and secured by a Deed of Trust.

3. Pursuant to the terms of the subject loan documents, the Debtor was to tender payments to Movant in the amount of $25,260.42 per month, commencing September 1, 2015, and each month thereafter, at an interest rate more fully set forth therein. Pursuant to the terms of the subject loan documents, the subject loan fully matured on March 1, 2016.

4. As more fully set forth in the Declaration of Rich Shrigley filed concurrently herewith, the subject loan has fully matured and the total amount due and owing to Movant is $2,248,286.37.

5. According to the Debtor's Schedule A - Real Property filed in this proceeding, the Debtor values the subject property at $1,850,000.00. Further, pursuant to the Debtor's Schedule D - Creditors Holding Secured Claims, Movant is informed and believes that there is a second Deed of Trust secured against the subject properties in favor of Legacy Group with a balance due and owing in the amount of $840,000.00.

6. This is the second consecutive bankruptcy proceeding filed by this Debtor. More specifically, on May 13, 2015, the Debtor commenced its first bankruptcy, Chapter 11 Case No. 15-51603, which was voluntarily dismissed on Motion by the Debtor on March 29, 2016.

7. Thereafter, based upon the default and failure to cure, on April 4, 2016, non-judicial foreclosure proceedings were commenced against the subject properties with the recording of a Notice of Default. Further, on July 8, 2016, a Notice of Trustee's Sale was recorded, scheduling a non-judicial foreclosure sale with an initial sale date of August 5, 2016, which was postponed from time to time.

8. On September 29, 2016, just prior to the scheduled non-judicial foreclosure sale, the Debtor commenced the instant Chapter 11 bankruptcy proceeding, its second Chapter 11 case pending this year.

**WHEREFORE** Movant prays for an Order as follows:

1. Granting immediate relief from the automatic stay pursuant to 11 U.S.C. Section 362 for all purposes necessary under state law, including, but not limited to, foreclosure upon and sale of the subject property;

2. In the alternative, if immediate relief is not granted, granting Movant adequate protection;

3. For an Order waiving the 14 day stay described by Bankruptcy Rule 4001(a)(3); and

4. For such other and further relief as is just and proper in this matter.

Dated: October 20, 2016

LAW OFFICE OF JULIAN BACH

By: _____
JULIAN BACH, ESQ.
Attorney for Movant,
3881 RONDA ROAD LLC; EDWARD S SOREN FAMILY TRUST DATED 11-10-04; ENCORE AMERICAN INVESTMENTS CORPORATION; EQUITY TRUST COMPANY CUST. FBO HAL HERRITT IRA #T053504; WILLIAM A TIMMINS and LINDA L TIMMINS; EQUITY TRUST COMPANY, CUSTODIAN FBO WILLIAM TIMMINS IRA Z092846; JOHN R VAN DYKE and MARY J VAN DYKE REVOCABLE TRUST; AMERICAN ESTATE & TRUST, LC FBO KEVIN O'BRIEN'S IRA; TRUST COMPANY OF AMERICA FBO DALE BARTLEY IRA #32820; SPECIALTY PHARMA CONSULTING, INC., DEFINED BENEFIT PENSION PLAN